ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
NOV 5 2007
U.S. COURT OF FEDERAL CLAIMS

METCALF CONSTRUCTION COMPANY, INC. )
73-4273 Hulikoa Drive )
Kailua-Kona, Hawaii 96740 )
Plaintiff, )
v. ) Civil Action No.:
THE UNITED STATES OF AMERICA )
Defendant. )

07-777 C

**RULE 7.1 DISCLOSURE**

Pursuant to RCFC Rule 7.1, Metcalf Construction Company, Inc., by counsel, hereby states that it has no parent corporation nor is it a publicly held corporation.

Dated: November 5, 2007

Robert J. Symon by Eric A. Frechtel

ROBERT J. SYMON
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, NW, 12th Floor
Washington, D.C. 20036
(202) 393-7150

Counsel for Plaintiff
METCALF CONSTRUCTION
COMPANY, INC.

Of Counsel:

ERIC A. FRECHTEL
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, NW, 12th Floor
Washington, D.C. 20036
(202) 393-7150