ORIGINAL

FILED
NOV 5 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| METCALF CONSTRUCTION COMPANY, INC.<br>73-4273 Hulikoa Drive<br>Kailua-Kona, Hawaii 96740<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | ) | Civil Action No.:<br>07-777 C |

**NOTICE OF DIRECTLY RELATED CASE**

Pursuant to RCFC 40.2, undersigned counsel for Plaintiff, Metcalf Construction Company, Inc., states that the case styled *Metcalf Construction Company, Inc. v. United States*, Case No. 02-55C, is a related case. That case involved Plaintiff's bid protest, which resulted in the award to Metcalf of the contract that is the subject of the above-captioned lawsuit. Thus, the two cases involve the same parties as well as the same contract. Assignment of the present case to the Judge who presided over the earlier case is likely to conserve judicial resources and promote an efficient determination of the action because the Judge will not have to be educated on issues concerning the bid protest and the award of the contract to Metcalf.

Dated: November 5, 2007

Robert J. Symon by [signature]
ROBERT J. SYMON
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, NW, 12th Floor
Washington, D.C. 20036
(202) 393-7150

Counsel for Plaintiff
METCALF CONSTRUCTION COMPANY, INC.

5/8150.2

Of Counsel:

ERIC A. FRECHTEL
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, NW, 12th Floor
Washington, D.C. 20036
(202) 393-7150