**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **METCALF CONSTRUCTION CO., INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 07-777 C** |
| | ) | **(Judge Braden)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT PROPOSED SCHEDULING ORDER**

Pursuant to the Court's April 14, 2008 oral instructions, the parties request that the Court enter the attached Scheduling Order reflecting the schedule we proposed in our March 20, 2008 joint preliminary status report.

Dated: April 15, 2008

Respectfully submitted,

/s/ Robert J. Symon

ROBERT J. SYMON
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, NW
12th Floor
Washington, D.C. 20036
(202) 393-7150 (phone)
(202) 347-1684 (facsimile)

Attorney for Plaintiff
METCALF CONSTRUCTION CO., INC.

Of Counsel:

ERIC A. FRECHTEL
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036
(202) 393-7150 (phone)
(202) 347-1684 (facsimile)

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

/s/ David S. Silverbrand
DAVID S. SILVERBRAND
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Tele: (202) 305-3278
Fax: (202) 353-7988
Attorneys for Defendant

Of Counsel:

MONIQUE MYATT GALLOWAY
Trial Attorney
Navy Litiagation Office
Office of The General Counsel
Department of The Navy

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **METCALF CONSTRUCTION CO., INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 07-777 C** |
| | ) | **(Judge Braden)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**SCHEDULING ORDER**

Upon consideration of the joint status report and proposed briefing schedule filed by the parties to this action, and upon all other papers, the following pre-trial schedule is adopted:

1. The Court will hold a telephone conference with the parties on September 22, 2008, at 2 PM.

2. The parties shall file any initial expert reports on or before November 3, 2008.

3. The parties shall file rebuttal expert reports on or before December 10, 2008.

4. Discovery shall be completed by January 23, 2009.

5. Dispositive motions, if any, shall be filed no later than February 23, 2009.

6. If no dispositive motions are filed, the parties shall submit a proposed pretrial order and proposed dates for trial by March 16, 2009.

Pursuant to Rule 16 and Appendix A of the Rules of the United States Court of Federal Claims, the foregoing schedule is hereby made an order of the Court.

______________________________

JUDGE

Dated: , 2008

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 15th day of April, 2008, a copy of the foregoing joint proposed scheduling order, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David S. Silverbrand