# In the United States Court of Federal Claims

No. 07-777C
Filed: April 16, 2008

*************************************
METCALF CONSTRUCTION CO., INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**SCHEDULING ORDER**

Pursuant to the April 14, 2008 telephone status conference, and for good cause shown, the parties' April 15, 2008 Joint Proposed Scheduling Order is hereby granted.

The following pre-trial schedule will apply to this case:

1. The court will hold a telephone conference with the parties on September 22, 2008, at 2pm EST.

2. The parties will file any initial expert reports on or before November 3, 2008.

3. The parties will file rebuttal expert reports on or before December 10, 2008.

4. Discovery will be completed by January 23, 2009.

5. Dispositive motions, if any, will be filed no later than February 23, 2009.

6. If no dispositive motions are filed, the parties will submit a proposed pretrial order and proposed dates for trial by March 16, 2009.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**