IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| METCALF CONSTRUCTION COMPANY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-777C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION FOR ENTRY OF FIRST DISCOVERY ORDER

Defendant, the United States, respectfully requests that the Court enter the attached "First Discovery Order." Counsel for the plaintiff, Metcalf Construction Company, Inc. ("Metcalf"), has authorized Government counsel to state that Metcalf consents to this motion.

Counsel for both parties have been working cooperatively to facilitate the exchange of a large volume of documents. The purpose of the proposed order is to further expedite these efforts by providing a mechanism for persons to recover privileged documents disclosed by inadvertence or mistake.

Our motion is in the interests of justice and judicial economy. We respectfully request that our consent motion for entry of the first discovery order be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director
/s/ David S. Silverbrand

DAVID S. SILVERBRAND
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tel: (202) 305-3278
Fax: (202) 353-7988

June 5, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 5th, 2008, a copy of the foregoing "DEFENDANT'S CONSENT MOTION FOR ENTRY OF FIRST DISCOVERY ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David S. Silverbrand