**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **METCALF CONSTRUCTION CO., INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 07-777 C** |
| | ) | **(Judge Braden)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**<u>JOINT MOTION FOR FIRST REVISED SCHEDULING ORDER</u>**

Metcalf Construction Company, Inc. and the United States of America, through counsel and pursuant to Rules 7 and 16(b) of the Rules of the United States Court of Federal Claims, request that the Court enter the attached revised Scheduling Order, and state as follows:

1. On April 16, 2008, the Court issued a Scheduling Order. The parties, upon the showing of good cause made in this motion, wish to modify the schedule.

2. Since the issuance of the Scheduling Order, the parties have engaged in discovery and are currently scheduling more depositions, which are likely to occur in December.

3. Discovery is taking longer than counsel for the parties anticipated. The parties have cooperated in scheduling depositions, but the scheduling is difficult because witnesses reside all over the world, counsel for both parties are located in the District of Columbia, and the depositions are taking place in Hawaii, where the subject construction project was performed.

4. Additionally, the parties have agreed in principle to mediate the dispute, and the mediation is likely to take place in early 2009.

5. For these reasons, the parties wish to extend the dates in the Scheduling Order by approximately ninety (90) days, as indicated in the attached proposed Scheduling Order.

6. This is the parties’ first request to revise the Scheduling Order.

WHEREFORE, the parties jointly request that the Court issue the proposed First Revised Scheduling Order attached hereto.

Dated: July 18, 2008

Respectfully submitted,

/s/ Robert J. Symon
ROBERT J. SYMON
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, NW
12th Floor
Washington, D.C. 20036
(202) 393-7150 (phone)
(202) 347-1684 (facsimile)
Attorney for Plaintiff

Of Counsel:
ERIC A. FRECHTEL
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W.
12th Floor
Washington, D.C. 20036
(202) 393-7150 (phone)
(202) 347-1684 (facsimile)

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

/s/ David S. Silverbrand
DAVID S. SILVERBRAND
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-3278
Fax: (202) 353-7988
Attorneys for Defendant

Of Counsel:
MONIQUE MYATT GALLOWAY
Trial Attorney
Navy Litigation Office
Office of The General Counsel
Department of The Navy

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 18th day of July, 2008, a copy of the foregoing Joint Motion for First Revised Scheduling Order was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Eric A. Frechtel

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **METCALF CONSTRUCTION CO., INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 07-777 C** |
| | ) | **(Judge Braden)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**FIRST REVISED SCHEDULING ORDER**

Upon consideration of the Joint Motion for First Revised Scheduling Order, the following revised pre-trial schedule is adopted:

1. The Court will hold a telephone conference with the parties on December 22, 2008, at 2 PM.

2. The parties shall file any initial expert reports on or before February 9, 2009.

3. The parties shall file rebuttal expert reports on or before March 10, 2009.

4. Discovery shall be completed by April 23, 2009.

5. Dispositive motions, if any, shall be filed no later than May 25, 2009.

6. If no dispositive motions are filed, the parties shall submit a proposed pretrial order and proposed dates for trial by August 13, 2009.

Pursuant to Rule 16 and Appendix A of the Rules of the United States Court of Federal Claims, the foregoing schedule is hereby made an order of the Court.

IT IS SO ORDERED.

______________________________

SUSAN G. BRADEN
Judge