# In the United States Court of Federal Claims

No. 07-777C
Filed: July 21, 2008

*************************************
METCALF CONSTRUCTION CO., INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**SCHEDULING ORDER**

For good cause shown, the parties' July 18, 2008 Joint Motion For First Revised Scheduling Order is hereby granted.

The following pre-trial schedule will apply to this case:

1. The court will hold a telephone conference with the parties on December 22, 2008, at 2pm EST.
2. The parties will file any initial expert reports on or before February 9, 2009.
3. The parties will file rebuttal expert reports on or before March 10, 2009.
4. Discovery will be completed by April 23, 2009.
5. Dispositive motions, if any, will be filed no later than May 26, 2009.
6. If no dispositive motions are filed, the parties will submit a proposed pretrial order and proposed dates for trial by August 13, 2009.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**