IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| METCALF CONSTRUCTION COMPANY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-777C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION FOR ENTRY OF A PROTECTIVE ORDER

Defendant, the United States, respectfully requests that the Court enter the attached "Protective Order." Counsel for the plaintiff, Metcalf Construction Company, Inc. ("Metcalf"), has authorized us to state that Metcalf consents to this motion.

Counsel for both parties have been working cooperatively to facilitate the exchange of a large volume of documents. Certain information likely to be disclosed during the course of this litigation may be competition-sensitive or otherwise protectable and, thus, entry of a protective order is necessary to safeguard the confidentiality of that information.

Our motion is in the interests of justice and judicial economy. We respectfully request that our consent motion for entry of a protective order be granted.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

/s/ David S. Silverbrand
DAVID S. SILVERBRAND
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tel: (202) 305-3278
Fax: (202) 353-7988

August 8, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 8, 2008, a copy of the foregoing "DEFENDANT'S CONSENT MOTION FOR ENTRY OF A PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David S. Silverbrand