# In the United States Court of Federal Claims

No. 07-777C
Filed: August 20, 2008

**************************************
*
METCALF CONSTRUCTION CO., INC. *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
**************************************

**ORDER**

Mr. Eric A. Frechtel's August 18, 2008 Application For Access To Information Under Protective Order By Outside Counsel, and Mr. Robert J. Symon's August 18, 2008 Application For Access To Information Under Protective Order By Outside Counsel, are hereby granted.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**