# In the United States Court of Federal Claims

No. 07-777C

Filed: May 21, 2010

****************************************
* * *
METCALF CONSTRUCTION CO., INC., *
*
    Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
    Defendant. *
*
****************************************

## ORDER

Pursuant to the discussions held during the May 19, 2010 Status Conference and the May 21, 2010 Second Revised Post-Trial Scheduling Order, the Government's May 18, 2010 Motion To Strike Plaintiff's Post-Trial Brief is moot.

**IT IS SO ORDERED.**

                                                                                                      s/Susan G. Braden
                                                                                                      **SUSAN G. BRADEN**
                                                                                                      **Judge**