## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **METCALF CONSTRUCTION CO., INC.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **THE UNITED STATES,** ) <br> ) <br> **Defendant.** ) <br> _____ ) | No. 07-777 C <br> (Judge Wheeler) |

## JOINT STATUS REPORT REGARDING MEDIATION

Pursuant to the Court's Order dated May 27, 2014, Plaintiff, Metcalf Construction Co., Inc., and defendant, the United States, through counsel, respectfully submit this joint status report regarding mediation.

The parties would like to participate in mediation through the Court's alternative dispute resolution program, with Judge John P. Wiese as our mediation judge. We further respectfully request that the deadlines outlined in the Court's Scheduling Order issued on May 20, 2014, be suspended pending the outcome of mediation.

To the extent that this case is not resolved during the mediation process, the parties respectfully propose that we will notify the Court no later than 30 days after the conclusion of mediation by filing a joint status report regarding future proceedings.

Respectfully submitted on this 2nd day of June, 2014,

|  |  |
|---|---|
|  | STUART F. DELERY<br>Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
| s/ Robert J. Symon<br>ROBERT J. SYMON<br>Bradley Arant Boult Cummings LLP<br>1615 L Street, N.W.<br>Suite 1350<br>Washington, D.C. 20036<br>Tel:  (202) 719-8294<br>Fax:  (202) 719-8394<br>Email:  rsymon@babc.com | s/ Reginald T. Blades, Jr.<br>REGINALD T. BLADES, JR.<br>Assistant Director<br><br>s/ Ellen M. Lynch<br>ELLEN M. LYNCH<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>United States Department of Justice<br>P.O. Box 480<br>Ben Franklin Station |
| OF COUNSEL:<br>ERIC A. FRECHTEL<br>Bradley Arant Boult Cummings LLP | Washington, D.C. 20044<br>Tel:  (202) 353-7994<br>Fax:  (202) 514-7965<br>Email:  ellen.lynch@usdoj.gov |