# In the United States Court of Federal Claims

No. 07-777C

(Filed: June 4, 2014)

```
*****************************************
                                         *
METCALF CONSTRUCTION CO., INC.,          *
                                         *
                Plaintiff,               *
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
                Defendant.               *
                                         *
*****************************************
```

## ORDER

On June 2, 2014, counsel for the parties filed a joint status report requesting referral to the Court's alternative dispute resolution (ADR) program. For good cause shown, the request is GRANTED. The parties have asked for the appointment of Judge John P. Wiese as settlement judge, and Judge Wiese has agreed to such appointment.

Accordingly, pursuant to the Rules of the Court of Federal Claims, Appendix H ¶ 3(b), the Clerk is instructed to REFER the above-captioned case to Judge John P. Wiese for ADR proceedings. Counsel will be contacted directly by Judge Wiese's chambers regarding ADR procedures.

Additionally, this case is STAYED pending the completion of ADR proceedings. If no resolution is reached, counsel shall file a joint status report no later than 30 days after the conclusion of their ADR efforts.

IT IS SO ORDERED.

s/ Thomas C. Wheeler<br>
THOMAS C. WHEELER<br>
Judge